```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ELANA S. LANDAU
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )   1:11-CR-00196-LJO
                                   )
12              Plaintiff,         )   FINAL ORDER OF FORFEITURE
                                   )
13       v.                        )
                                   )
14  DAVID ADRIAN BRITT,            )
                                   )
15              Defendant.         )
                                   )
16                                 )
                                   )
17
18       WHEREAS, on August 30, 2011, this Court entered a Preliminary
19  Order of Forfeiture pursuant to the provisions of 18 U.S.C. §
20  924(d) and 28 U.S.C. § 2461(c), based upon the plea agreement entered
21  into between plaintiff and defendant David Adrian Britt forfeiting to
22  the United States the following property:
23            a.   Taurus, Model PT945, .45 caliber pistol,
                   bearing serial number NQF90421
24
              b.   Twelve (12) rounds of .45 caliber ammunition
25
26       AND WHEREAS, beginning on September 11, 2011, for at least 30
27  consecutive days, the United States published notice of the Court's
28  Order of Forfeiture on the official internet government forfeiture
```

site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of David Adrian Britt.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:    November 23, 2011**             /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE